```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 15521
   TONJA F RUFFIN
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-5156


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 11/28/2006 and was confirmed 06/27/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors 100.00%.

      The case was dismissed after confirmation 07/23/2008.
------------------------------------------------------------------------------
 CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
 COOK COUNTY TREASURER     SECURED                  .00          .00           .00
 DEUTSCHE BANK NATIONAL T  CURRENT MORTG            .00          .00           .00
 DEUTSCHE BANK NATIONAL T  MORTGAGE ARRE     29089.58           .00        1551.50
 IL STATE DISBURSEMENT UN  DSO ARREARS      NOT FILED           .00            .00
 INTERNAL REVENUE SERVICE  PRIORITY                 .00          .00           .00
 AFNI INC                  UNSEC W/INTER    NOT FILED           .00            .00
 AFNI-BLOOM                UNSEC W/INTER    NOT FILED           .00            .00
 AMEX                      UNSEC W/INTER    NOT FILED           .00            .00
 AMEX                      UNSEC W/INTER    NOT FILED           .00            .00
 BANK OF AMERICA           UNSEC W/INTER    NOT FILED           .00            .00
 BARCLAYS BANK DELAWARE    UNSEC W/INTER    NOT FILED           .00            .00
 BARCLAYS BANK DELAWARE    UNSEC W/INTER    NOT FILED           .00            .00
 MONOGRAM BANK N AMERICA   UNSEC W/INTER    NOT FILED           .00            .00
 BUREAU OF COLLECTION REC  UNSEC W/INTER    NOT FILED           .00            .00
 CERTIFIED SERVICES        UNSEC W/INTER    NOT FILED           .00            .00
 CHASE                     UNSEC W/INTER    NOT FILED           .00            .00
 COLLECTION COMPANY OF AM  UNSEC W/INTER    NOT FILED           .00            .00
 COLLECTION COMPANY OF AM  UNSEC W/INTER    NOT FILED           .00            .00
 COMMONWEALTH EDISON       UNSEC W/INTER    NOT FILED           .00            .00
 FIRST USA BANK NA         UNSEC W/INTER    NOT FILED           .00            .00
 GEMB DILLARDS             UNSEC W/INTER    NOT FILED           .00            .00
 GEMB/EXXONMOBIL           UNSEC W/INTER    NOT FILED           .00            .00
 GEMB/EXXONMOBIL           UNSEC W/INTER    NOT FILED           .00            .00
 GEMB/WALMART              UNSEC W/INTER    NOT FILED           .00            .00
 GEMB/WALMART              UNSEC W/INTER    NOT FILED           .00            .00
 GATEWAY CBUSA             UNSEC W/INTER    NOT FILED           .00            .00
 HSBC/CARSONS              UNSEC W/INTER    NOT FILED           .00            .00
 NGBL CARSONS              UNSEC W/INTER    NOT FILED           .00            .00
 NICOR GAS                 UNSEC W/INTER    NOT FILED           .00            .00
 NICOR GAS                 UNSEC W/INTER    NOT FILED           .00            .00
 NICOR GAS                 UNSEC W/INTER    NOT FILED           .00            .00
 RNB-FIELDS3               UNSEC W/INTER    NOT FILED           .00            .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 15521 TONJA F RUFFIN
```

```
AT & T BANKRUPCTY        UNSEC W/INTER NOT FILED            .00              .00
SEARS/CBSD               UNSEC W/INTER NOT FILED            .00              .00
SHELL/CITI               UNSEC W/INTER NOT FILED            .00              .00
THE HOME DEPOT/ CBUSA    UNSEC W/INTER NOT FILED            .00              .00
AT&T UNIVERSAL           UNSEC W/INTER NOT FILED            .00              .00
VON MAUR                 UNSEC W/INTER    570.78            .00              .00
WASHINGTON MUTUAL/PROVID UNSEC W/INTER NOT FILED            .00              .00
ENTERPRISE RENT A CAR    NOTICE ONLY   NOT FILED            .00              .00
ROBERT V SCHALLER ^      ATTORNEY       1620.00             .00          1620.00
PRO SE DEBTOR            DEBTOR ATTY        .00                              .00
TOM VAUGHN               TRUSTEE                                          228.50
DEBTOR REFUND            REFUND                                              .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                      RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE               3,400.00

PRIORITY                                            .00
SECURED                                        1,551.50
UNSECURED                                           .00
ADMINISTRATIVE                                 1,620.00
TRUSTEE COMPENSATION                             228.50
DEBTOR REFUND                                       .00
                     ---------------      ---------------
TOTALS                3,400.00                 3,400.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 10/29/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                            PAGE   2
          CASE NO. 06 B 15521 TONJA F RUFFIN